```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 00249
   JOHN MARCUM
   COURTNEY MARCUM                             CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8807     SSN XXX-XX-1720
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/07/07 and confirmed on 04/23/07.

   2.  The case was dismissed after confirmation, 08/17/2007.

   3.  The Debtor paid a total of $  1938.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| MID AMERICA BANK | SECURED | .00 | .00 | .00 |
| MID AMERICA BANK | MORTGAGE ARRE | 1200.00 | .00 | .00 |
| CNAC | SECURED VEHIC | 7600.00 | 51.18 | 886.68 |
| EZ AUTO | SECURED VEHIC | .00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 683.00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 495.01 | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED RECOVERY SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CNAC | UNSECURED | NOT FILED | .00 | .00 |
| CONCORD SERVICING CORP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 730.24 | .00 | .00 |
| FBCS INC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KEYNOTE CONSULTING INC | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |

```
NATIONWIDE CASSEL LP        UNSECURED        8766.42             .00             .00
ASSET ACCEPTANCE CORP       UNSECURED         515.90             .00             .00
NICOR GAS                   UNSECURED        1311.97             .00             .00
NORTHWEST COLLECTION        UNSECURED      NOT FILED             .00             .00
PELLETTIERI & ASSOC         UNSECURED      NOT FILED             .00             .00
ROBERT G MICHAELS & ASSO    UNSECURED      NOT FILED             .00             .00
SUNRISE CREDIT SERVICE      UNSECURED      NOT FILED             .00             .00
TEMPUS RESORTS              UNSECURED      NOT FILED             .00             .00
US DEPT OF EDUCATION        UNSECURED      NOT FILED             .00             .00
US DEPT OF EDUCATION        UNSECURED      NOT FILED             .00             .00
US DEPT OF EDUCATION        UNSECURED      NOT FILED             .00             .00
WEXLER & WEXLER             UNSECURED      NOT FILED             .00             .00
US DEPT OF EDUCATION        UNSECURED      NOT FILED             .00             .00
ROUNDUP FUNDING LLC         UNSECURED      NOT FILED             .00             .00
AMERICREDIT FINANCIAL       UNSECURED         327.91             .00             .00
HAWTHORNE CREDIT UNION      UNSECURED       15282.34             .00             .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         206.74             .00             .00
ILLINOIS DEPT REVENUE       UNSECURED            .00             .00             .00
ROUNDUP FUNDING LLC         UNSECURED        6103.47             .00             .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         176.41             .00             .00
RONALD J GRAF               UNSECURED       11025.52             .00             .00
```

Summary of disbursements:

```
                      SECURED      PRIORITY    UNSECURED         OTHER         TOTAL

TOTAL CLMS ALLOWED    8800.00           .00     45624.93           .00      54424.93
PRINCIPAL PAID         886.68           .00          .00           .00        886.68
INTEREST PAID           51.18           .00          .00           .00         51.18
TOTAL PAID             937.86           .00          .00           .00        937.86
```

The Debtor's attorney, DEBRA J VORHIES-LEVINE     , was allowed $  3000.00
and was paid $   300.00  direct and $   930.15  through the plan.

The Trustee received $    69.99 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                             PAGE   3
     CASE NO. 07 B 00249 JOHN MARCUM & COURTNEY MARCUM
```